South Atlantic Telephone & Telegraph Company, a corporation, Plaintiff in Error, v. Henry Shaw, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of counsel for the respective parties.

*Shutts & Bowen* and *E. B. Kurtz,* for Plaintiff in Error;

*James M. Carson,* for Defendant in Error.

---

Pat C. Whitaker, Appellant, v. Ruth R. Whitaker, Appellee.

An Appeal from the Circuit Court for the County of Hillsborough.

Appeal dismissed without prejudice on motion of counsel for the respective parties.

*R. E. L. Chancey,* for Appellant;

*D. C. McMullen,* for Appellee.